## FLOYD MILLER v. STATE.

No. A-4541.    Opinion Filed June 9, 1923.

(215 Pac. 1118.)

Appeal from County Court, Oklahoma County; C. C. Christenson, Judge.

Floyd Miller was convicted of maintaining a liquor nuisance, and he appeals. Dismissed on motion of appellant.

E. C. Patton, for plaintiff in error.

The Attorney General, for the State.

PER CURIAM. Plaintiff in error, Floyd Miller, convicted in the county court of Oklahoma county on an information charging the maintaining of a liquor nuisance, was by the court sentenced to be confined in the county jail for six months and to pay a' fine of $500 and the costs. From the judgment rendered on the 15th day of September, 1922, an appeal was perfected, by filing in' this court a petition in error with case-made. The plaintiff in error, by his counsel of record, has filed a motion to' dismiss his said appeal. The motion to dismiss is sustained, and the cause dismissed, and remanded to the county court of Oklahoma county. Mandate forthwith.